# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARY BEARD

VERSUS

LOUISIANA BUSINESS, INC.
D/B/A BATON ROUGE BUSINESS
REPORT, DWIGHT HUDSON, MATT
WATSON

NO.  2021 CW 1063

**NOVEMBER 29, 2021**

---

In Re:    Dwight   Hudson   and   Matt   Watson,   applying   for
          supervisory   writs,   19th   Judicial   District   Court,
          Parish of East Baton Rouge, No. 688,101.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT NOT CONSIDERED.** Relators did not include a transcript of the hearing on their special motion to strike, and we are unable to ascertain the evidence introduced by either party herein. This court requires a copy of the hearing transcript and all evidence introduced at the hearing. In addition, relators failed to comply with Rule 4-5, Uniform Rules of Louisiana Courts of Appeal, specifically, Rule 4-5(B), by not consecutively numbering all pages of the writ application and attached documents and exhibits.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

    In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the items referenced above, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before December 22, 2021 and must contain a copy of this ruling.

                       **JMG**
                       **GH**
                       **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT